# United States District Court

United States DISTRICT OF Massachusetts

FILED
IN CLERKS OFFICE
2005 APR -1 P 12: 20
U.S. DISTRICT COURT
DISTRICT OF MASS

Juan Ruiz-Santos
Plaintiff

V.

Luis Spencer
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: NONE
05-10654

I, Juan Ruiz-Santos declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?: [X] Yes [ ] No (If "No" go to Part 2)

   If "Yes" state the place of your incarceration Norfolk State Prison

   Are you employed at the institution? No Do you receive any payment from the institution? No

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed? [ ] Yes [X] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   Did not have a job, no employment.

3. In the past 12 twelve months have your received any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | [ ] Yes | [X] No |
| b. | Rent payments, interest or dividends | [ ] Yes | [X] No |
| c. | Pensions, annuities or life insurance payments | [ ] Yes | [X] No |
| d. | Disability or workers compensation payments | [ ] Yes | [X] No |
| e. | Gifts or inheritances | [X] Yes | [ ] No |
| f. | Any other sources | [ ] Yes | [X] No |

If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

I receive gifts from my family for personal hygiene, legal fees, clothing, food, etc.

AO 240 (1/94)

4. Do you have any cash or checking or savings accounts? ☐ Yes ☒ No

If "Yes" state the total amount. ____________

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ☐ Yes ☒ No

If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

NONE

I declare under penalty of perjury that the above information is true and correct.

March 30, 2005 — DATE

Juan Ruis Santos — SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 10246.95 on account to his/her credit at (name of institution) MCI NORFOLK. I further certify that the applicant has the following securities to his/her credit: Ø. I further certify that during the past six months the applicant's average balance was $ 9656.18.

3/30/05 — DATE

Marsha A Collins — SIGNATURE OF AUTHORIZED OFFICER

MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction History
Summary Report

MCI NORFOLK

FILED
IN CLERKS OFFICE
2005 APR -1 P 12:20
U.S. DISTRICT COURT
DISTRICT OF MASS

Inmate Name............ RUIZ-SANTOS JUAN

Commitment number.... W67132

Period encompassed.... 9/1/2004 THRU 3/1/2005

| | Personal | Savings | Total |
|---|---|---|---|
| Six Month Average Daily Balance | 8616.06 | 1040.12 | 9656.18 |
| 20% of Six Month Average Daily Balance | 1931.24 | | |
| Total Expenditures for Period | | | 225.65 |
| Total Income for Period | | | 578.80 |

To the best of my knowledge, the above summary information is true and accurate:

Signed Marsha Collins
MARSHA COLLINS, Treasurer

Time: 10:43 A.M

Date: 3/30/05

Note: A copy of the inmate's account activity statement for the six month period ("Inmate Transaction History") is attached.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
## Inmate Transaction Report

**Date : 20050330 10:04**

Page : 1

| | | | |
|---|---|---|---|
| **Commit# :** | W67132 | | MCI NORFOLK |
| **Name :** | SANTOS, JUAN, R. | **Statement From** | 20040901 |
| **Inst :** | MCI NORFOLK | **To** | 20050330 |
| **Block :** | 7-2 | | |
| **Cell/Bed :** | 202 /A | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Total Transaction before this Period :** | **$11,634.98** | **$3,122.31** | **$930.59** | **$12.00** |
| 20040901 23:01 | PY - Payroll | 3310312 | | NOR | ~20040815 To 20040821 | $6.25 | $0.00 | $0.00 | $0.00 |
| 20040901 23:01 | PY - Payroll | 3310313 | | NOR | ~20040815 To 20040821 | $0.00 | $0.00 | $6.25 | $0.00 |
| 20040908 16:50 | IS - Interest | 3334198 | | NOR | | $15.37 | $0.00 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3334199 | | NOR | | $0.00 | $0.00 | $1.63 | $0.00 |
| 20040908 23:01 | PY - Payroll | 3351460 | | NOR | ~20040822 To 20040828 | $6.82 | $0.00 | $0.00 | $0.00 |
| 20040908 23:01 | PY - Payroll | 3351461 | | NOR | ~20040822 To 20040828 | $0.00 | $0.00 | $6.81 | $0.00 |
| 20040915 23:01 | PY - Payroll | 3381406 | | NOR | ~20040829 To 20040904 | $4.69 | $0.00 | $0.00 | $0.00 |
| 20040915 23:01 | PY - Payroll | 3381407 | | NOR | ~20040829 To 20040904 | $0.00 | $0.00 | $4.69 | $0.00 |
| 20040922 15:10 | IC - Transfer from Inmate to Club A/c | 3405819 | | NOR | ~SODA CAN REFUND 7-2 - Z172~SODA CAN REFUND 7-2 - Z172 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20040922 23:01 | PY - Payroll | 3409882 | | NOR | ~20040905 To 20040911 | $7.57 | $0.00 | $0.00 | $0.00 |
| 20040922 23:01 | PY - Payroll | 3409883 | | NOR | ~20040905 To 20040911 | $0.00 | $0.00 | $7.56 | $0.00 |
| 20040929 23:01 | PY - Payroll | 3437251 | | NOR | ~20040912 To 20040918 | $6.82 | $0.00 | $0.00 | $0.00 |
| 20040929 23:01 | PY - Payroll | 3437252 | | NOR | ~20040912 To 20040918 | $0.00 | $0.00 | $6.81 | $0.00 |
| 20041006 23:02 | PY - Payroll | 3468170 | | NOR | ~20040919 To 20040925 | $6.00 | $0.00 | $0.00 | $0.00 |
| 20041006 23:02 | PY - Payroll | 3468171 | | NOR | ~20040919 To 20040925 | $0.00 | $0.00 | $6.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3499507 | | NOR | | $16.05 | $0.00 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3499508 | | NOR | | $0.00 | $0.00 | $1.76 | $0.00 |
| 20041013 23:01 | PY - Payroll | 3515381 | | NOR | ~20040926 To 20041002 | $11.35 | $0.00 | $0.00 | $0.00 |
| 20041013 23:01 | PY - Payroll | 3515382 | | NOR | ~20040926 To 20041002 | $0.00 | $0.00 | $11.34 | $0.00 |
| 20041020 23:01 | PY - Payroll | 3547602 | | NOR | ~20041003 To 20041009 | $11.35 | $0.00 | $0.00 | $0.00 |
| 20041020 23:01 | PY - Payroll | 3547603 | | NOR | ~20041003 To 20041009 | $0.00 | $0.00 | $11.34 | $0.00 |
| 20041027 23:01 | PY - Payroll | 3577534 | | NOR | ~20041010 To 20041016 | $10.13 | $0.00 | $0.00 | $0.00 |
| 20041027 23:01 | PY - Payroll | 3577535 | | NOR | ~20041010 To 20041016 | $0.00 | $0.00 | $10.12 | $0.00 |
| 20041103 23:01 | PY - Payroll | 3610431 | | NOR | ~20041017 To 20041023 | $10.13 | $0.00 | $0.00 | $0.00 |
| 20041103 23:01 | PY - Payroll | 3610432 | | NOR | ~20041017 To 20041023 | $0.00 | $0.00 | $10.12 | $0.00 |
| 20041104 10:28 | AT - Account Transfer | 3618346 | | NOR | ~FOR MED CO-PAY~W67132 SANTOS,JUAN R PERSONAL | $3.00 | $0.00 | $0.00 | $3.00 |
| 20041104 10:29 | IC - Transfer from Inmate to Club A/c | 3618347 | | NOR | ~10/20/04 MED CO-PAY~MEDICAL CO-PAYMENT - Z4~MEDICAL CO-PAYMENT - Z4 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20041104 22:30 | CN - Canteen | 3621082 | | NOR | ~Canteen Date : 20041104 | $0.00 | $30.27 | $0.00 | $0.00 |
| 20041109 09:54 | IC - Transfer from Inmate to Club A/c | 3636281 | | NOR | ~z-99~NUESTRA FAMILIA - Z99~NUESTRA FAMILIA - Z99 | $0.00 | $1.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

**Date :** **20050330 10:04**



Commit# : W67132 — MCI NORFOLK

Name : SANTOS, JUAN, R. — Statement From 20040901

Inst : MCI NORFOLK — To 20050330

Block : 7-2

Cell/Bed : 202 /A

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20041110 16:46 | IS - Interest | 3645273 | | NOR | | $18.05 | $0.00 | $0.00 | $0.00 |
| 20041110 16:46 | IS - Interest | 3645274 | | NOR | | $0.00 | $0.00 | $2.04 | $0.00 |
| 20041110 23:02 | PY - Payroll | 3661235 | | NOR | ~20041024 To 20041030 | $11.35 | $0.00 | $0.00 | $0.00 |
| 20041110 23:02 | PY - Payroll | 3661236 | | NOR | ~20041024 To 20041030 | $0.00 | $0.00 | $11.34 | $0.00 |
| 20041117 23:02 | PY - Payroll | 3690787 | | NOR | ~20041031 To 20041106 | $11.35 | $0.00 | $0.00 | $0.00 |
| 20041117 23:02 | PY - Payroll | 3690788 | | NOR | ~20041031 To 20041106 | $0.00 | $0.00 | $11.34 | $0.00 |
| 20041118 22:30 | CN - Canteen | 3700367 | | NOR | ~Canteen Date : 20041118 | $0.00 | $20.76 | $0.00 | $0.00 |
| 20041124 23:01 | PY - Payroll | 3724738 | | NOR | ~20041107 To 20041113 | $9.38 | $0.00 | $0.00 | $0.00 |
| 20041124 23:01 | PY - Payroll | 3724739 | | NOR | ~20041107 To 20041113 | $0.00 | $0.00 | $9.37 | $0.00 |
| 20041201 23:01 | PY - Payroll | 3750605 | | NOR | ~20041114 To 20041120 | $9.00 | $0.00 | $0.00 | $0.00 |
| 20041201 23:01 | PY - Payroll | 3750606 | | NOR | ~20041114 To 20041120 | $0.00 | $0.00 | $9.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3778382 | | NOR | | $19.33 | $0.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3778383 | | NOR | | $0.00 | $0.00 | $2.28 | $0.00 |
| 20041208 23:01 | PY - Payroll | 3801313 | | NOR | ~20041121 To 20041127 | $9.38 | $0.00 | $0.00 | $0.00 |
| 20041208 23:01 | PY - Payroll | 3801314 | | NOR | ~20041121 To 20041127 | $0.00 | $0.00 | $9.37 | $0.00 |
| 20041215 23:02 | PY - Payroll | 3835854 | | NOR | ~20041128 To 20041204 | $11.35 | $0.00 | $0.00 | $0.00 |
| 20041215 23:02 | PY - Payroll | 3835855 | | NOR | ~20041128 To 20041204 | $0.00 | $0.00 | $11.34 | $0.00 |
| 20041222 23:01 | PY - Payroll | 3872671 | | NOR | ~20041205 To 20041211 | $11.35 | $0.00 | $0.00 | $0.00 |
| 20041222 23:01 | PY - Payroll | 3872672 | | NOR | ~20041205 To 20041211 | $0.00 | $0.00 | $11.34 | $0.00 |
| 20041229 23:01 | PY - Payroll | 3905867 | | NOR | ~20041212 To 20041218 | $10.22 | $0.00 | $0.00 | $0.00 |
| 20041229 23:01 | PY - Payroll | 3905868 | | NOR | ~20041212 To 20041218 | $0.00 | $0.00 | $10.22 | $0.00 |
| 20050105 23:01 | PY - Payroll | 3936201 | | NOR | ~20041219 To 20041225 | $11.35 | $0.00 | $0.00 | $0.00 |
| 20050105 23:01 | PY - Payroll | 3936202 | | NOR | ~20041219 To 20041225 | $0.00 | $0.00 | $11.34 | $0.00 |
| 20050112 23:02 | PY - Payroll | 3969578 | | NOR | ~20041226 To 20050101 | $4.69 | $0.00 | $0.00 | $0.00 |
| 20050112 23:02 | PY - Payroll | 3969579 | | NOR | ~20041226 To 20050101 | $0.00 | $0.00 | $4.69 | $0.00 |
| 20050113 17:06 | IS - Interest | 3979541 | | NOR | | $22.18 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3979542 | | NOR | | $0.00 | $0.00 | $2.72 | $0.00 |
| 20050119 23:02 | PY - Payroll | 4013646 | | NOR | ~20050102 To 20050108 | $11.35 | $0.00 | $0.00 | $0.00 |
| 20050119 23:02 | PY - Payroll | 4013647 | | NOR | ~20050102 To 20050108 | $0.00 | $0.00 | $11.34 | $0.00 |
| 20050120 22:30 | CN - Canteen | 4024468 | | NOR | ~Canteen Date : 20050120 | $0.00 | $57.87 | $0.00 | $0.00 |
| 20050126 23:01 | PY - Payroll | 4042824 | | NOR | ~20050109 To 20050115 | $11.35 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
## Inmate Transaction Report

**Date : 20050330 10:04**



Commit# : W67132 — MCI NORFOLK

Name : SANTOS, JUAN, R. — Statement From 20040901

Inst : MCI NORFOLK — To 20050330

Block : 7-2

Cell/Bed : 202 /A

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050126 23:01 | PY - Payroll | 4042825 | | NOR | ~20050109 To 20050115 | $0.00 | $0.00 | $11.34 | $0.00 |
| 20050202 23:02 | PY - Payroll | 4075808 | | NOR | ~20050116 To 20050122 | $11.35 | $0.00 | $0.00 | $0.00 |
| 20050202 23:02 | PY - Payroll | 4075809 | | NOR | ~20050116 To 20050122 | $0.00 | $0.00 | $11.34 | $0.00 |
| 20050203 22:30 | CN - Canteen | 4085032 | | NOR | ~Canteen Date : 20050203 | $0.00 | $54.09 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4108696 | | NOR | | $23.99 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4108697 | | NOR | | $0.00 | $0.00 | $3.05 | $0.00 |
| 20050209 23:03 | PY - Payroll | 4125987 | | NOR | ~20050123 To 20050129 | $6.66 | $0.00 | $0.00 | $0.00 |
| 20050209 23:03 | PY - Payroll | 4125988 | | NOR | ~20050123 To 20050129 | $0.00 | $0.00 | $6.65 | $0.00 |
| 20050210 22:30 | CN - Canteen | 4137302 | | NOR | ~Canteen Date : 20050210 | $0.00 | $30.04 | $0.00 | $0.00 |
| 20050216 23:02 | PY - Payroll | 4158666 | | NOR | ~20050130 To 20050205 | $4.69 | $0.00 | $0.00 | $0.00 |
| 20050216 23:02 | PY - Payroll | 4158667 | | NOR | ~20050130 To 20050205 | $0.00 | $0.00 | $4.69 | $0.00 |
| 20050223 23:01 | PY - Payroll | 4187631 | | NOR | ~20050206 To 20050212 | $11.35 | $0.00 | $0.00 | $0.00 |
| 20050223 23:01 | PY - Payroll | 4187632 | | NOR | ~20050206 To 20050212 | $0.00 | $0.00 | $11.34 | $0.00 |
| 20050224 22:30 | CN - Canteen | 4197185 | | NOR | ~Canteen Date : 20050224 | $0.00 | $27.62 | $0.00 | $0.00 |
| 20050302 23:01 | PY - Payroll | 4219202 | | NOR | ~20050213 To 20050219 | $10.22 | $0.00 | $0.00 | $0.00 |
| 20050302 23:01 | PY - Payroll | 4219203 | | NOR | ~20050213 To 20050219 | $0.00 | $0.00 | $10.22 | $0.00 |
| 20050309 23:02 | PY - Payroll | 4254436 | | NOR | ~20050220 To 20050226 | $10.13 | $0.00 | $0.00 | $0.00 |
| 20050309 23:02 | PY - Payroll | 4254437 | | NOR | ~20050220 To 20050226 | $0.00 | $0.00 | $10.12 | $0.00 |
| 20050315 16:52 | IS - Interest | 4279851 | | NOR | | $24.02 | $0.00 | $0.00 | $0.00 |
| 20050315 16:52 | IS - Interest | 4279852 | | NOR | | $0.00 | $0.00 | $3.19 | $0.00 |
| 20050316 23:03 | PY - Payroll | 4301993 | | NOR | ~20050227 To 20050305 | $10.22 | $0.00 | $0.00 | $0.00 |
| 20050316 23:03 | PY - Payroll | 4301994 | | NOR | ~20050227 To 20050305 | $0.00 | $0.00 | $10.22 | $0.00 |
| 20050317 22:30 | CN - Canteen | 4310735 | | NOR | ~Canteen Date : 20050317 | $0.00 | $43.63 | $0.00 | $0.00 |
| 20050323 23:02 | PY - Payroll | 4333806 | | NOR | ~20050306 To 20050312 | $7.41 | $0.00 | $0.00 | $0.00 |
| 20050323 23:02 | PY - Payroll | 4333807 | | NOR | ~20050306 To 20050312 | $0.00 | $0.00 | $7.40 | $0.00 |
| 20050328 10:03 | ML - Mail | 4350804 | | NOR | ~TIRSON LARA | $400.00 | $0.00 | $0.00 | $0.00 |
| 20050328 10:03 | MA - Maintenance and Administration | 4350806 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| | | | | | | $817.25 | $270.28 | $291.72 | $3.00 |

FILED
CLERKS OFFICE
2005 APR -1 P 12:20

**AFFIDAVIT OR DECLARATION**
**IN SUPPORT OF MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS***

I, Juan Ruiz-Santos, am the petitioner in the above-entitled case. In support of my motion to proceed *in forma pauperis,* I state that because of my poverty I am unable to pay the costs of this case or to give security therefor; and I believe I am entitled to redress.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 75.00 | $ None | $ 75.00 | $ None |
| Self-employment | $ None | $ None | $ None | $ None |
| Income from real property (such as rental income) | $ None | $ None | $ None | $ None |
| Interest and dividends | $ None | $ None | $ None | $ None |
| Gifts | $ 25.00 | $ None | $ None | $ None |
| Alimony | $ None | $ None | $ None | $ None |
| Child Support | $ None | $ None | $ None | $ None |
| Retirement (such as social security, pensions, annuities, insurance) | $ None | $ None | $ None | $ None |
| Disability (such as social security, insurance payments) | $ None | $ NOne | $ None | $ None |
| Unemployment payments | $ None | $ NOne | $ NOne | $ None |
| Public-assistance (such as welfare) | $ None | $ None | $ None | $ None |
| Other (specify): ________ | $ None | $ None | $ None | $ None |
| **Total monthly income:** | $ 100.00 | $ ________ | $ 75.00 | $ ________ |

2. List your employment history for the past two years, most recent first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Prison Industries | P.O. Box 43 | Jan. 1, 04 To Date | $ 75.00 / part time |
| | | | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| None | None | | $ None |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ None

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| None | None | $ None | $ None |
| | | $ | $ |
| | | $ | $ |

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

☐ Home
Value None

☐ Other real estate
Value None

☐ Motor Vehicle #1
Year, make & model None
Value

☐ Motor Vehicle #2
Year, make & model None
Value

☐ Other assets
Description None
Value

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | $ None | $ None |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| Nobody | " " | " " |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home)<br>Are real estate taxes included? ☐ Yes ☐ No<br>Is property insurance included? ☐ Yes ☐ No | $ None | $ None |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ None | $ None |
| Home maintenance (repairs and upkeep) | $ None | $ None |
| Food | $ 25.00 | $ None |
| Clothing | $ 25.00 | $ None |
| Laundry and dry-cleaning | $ ~~None~~ | $ ~~None~~ |
| Medical and dental expenses | $ 10.00 | $ None |

| | You | Your spouse |
|---|---|---|
| Transportation (not including motor vehicle payments) | $ None | $ None |
| Recreation, entertainment, newspapers, magazines, etc. | $ None | $ None |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renter's | $ None | $ None |
| Life | $ None | $ None |
| Health | $ None | $ None |
| Motor Vehicle | $ None | $ None |
| Other: None | $ None | $ None |
| Taxes (not deducted from wages or included in mortgage payments) | | |
| (specify): None | $ None | $ None |
| Installment payments | | |
| Motor Vehicle | $ None | $ None |
| Credit card(s) | $ None | $ None |
| Department store(s) | $ None | $ None |
| Other: None | $ None | $ None |
| Alimony, maintenance, and support paid to others | $ None | $ None |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ None | $ None |
| Other (specify): None | $ None | $ None |
| **Total monthly expenses:** | $ None | $ None |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes ☒ No If yes, describe on an attached sheet.

10. Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form? ☐ Yes ☒ No

If yes, how much? None

If yes, state the attorney's name, address, and telephone number:

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

☐ Yes ☒ No

If yes, how much? ____________________

If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the costs of this case.

I am an indigent prisoner who makes little money and I cannot afford to pay the filing fess and court costs associated with the filing of a writ of habeas corpus pursuant to 28 U.S.C. §2254. I receive gifts from my family but I have to pay for food, clothing, mailing costs, co-payments for medical sick call, haircut tickets, etc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 30, 2005

Luis Santos
(Signature)