UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUAN RUIZ-SANTOS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) C.A. No.05-10654-GAO |
| | ) |
| LUIS SPENCER, | ) |
| | ) |
| Respondent. | ) |

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

On April 1, 2005, petitioner Juan Ruiz-Santos, currently incarcerated at MCI Norfolk, filed a petition for habeas relief under 28 U.S.C. § 2254 and an application to proceed without prepayment of the $5.00 filing fee. The application indicates that on March 30, 2005, Ruiz-Santos had $10,266.95 on account to his name at MCI Norfolk, and that from September 1, 2004 through March 1, 2005, the average daily balance of his personal account at the prison was $8,616.06. The petitioner has thus failed to make a showing that he is unable to pay the $5.00 filing fee, and the Court denies the application to proceed without prepayment of the filing fee.

If the Court does not receive payment for the filing fee within forty-two (42) days of the date of this order, the petition will be dismissed without prejudice for failure to pay the filing fee.

SO ORDERED.

| | |
|---|---|
| April 8, 2005 | /s/ George A. O'Toole, Jr. |
| DATE | UNITED STATES DISTRICT JUDGE |