UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10654-GAO

JUAN RUIZ-SANTOS,
Petitioner,

v.

LUIS SPENCER,
Respondent.

ORDER
September 19, 2005

O'TOOLE, D.J.

The respondent has moved to dismiss the petition as a "mixed" one, arguing that petitioner had failed to exhaust his state court remedies with respect to the second ground for re claimed. After review, I agree that the second claim was not properly exhausted.

The petitioner asks that, if it should be determined that the second claim is unexhausted, be permitted to amend the petition to delete that claim. I agree with the petitioner that he should permitted to withdraw the unexhausted claim. Since he has made a clear expression of his intenti to do so, there is no reason to require the preparation and submission of an amended petition. T second ground will be deemed withdrawn and the petition may proceed as to the first ground. T respondent is directed now to answer the petition in accordance with Rule 5 of the Rules Governi Section 2254 Cases in the United States District Courts. The answer shall be filed within 28 da of the entry of this Order.

It is SO ORDERED.

_September 19, 2005_            _/s/ George O'Toole_
Date                            District Judge