UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUAN RUIZ-SANTOS,<br>    Petitioner,<br><br>v.<br><br>LUIS SPENCER,<br>    Respondent. | )<br>)<br>)<br>)  CIVIL ACTION<br>)  NO. 05-10654-GAO<br>)<br>)<br>) |

### SUPPLEMENTAL ANSWER

Pursuant to Rule 5 of the Rules Governing Habeas Corpus Cases Under Section 2254, the respondent files the following as his Supplemental Answer to the petition for writ of habeas corpus:

1. Docket Sheets, *Commonwealth v. Juan Ruiz-Santos*, Essex Superior Court Indictment No. 9977-CR-0429;

2. Brief and Record Appendix for the Defendant/Appellant, *Commonwealth v. Juan Ruiz-Santos*, Appeals Court No. 2003-P-1502;

3. Commonwealth's Brief, *Commonwealth v. Juan Ruiz-Santos*, Appeals Court No. 2003-P-1502;

4. Defendant's Application for Leave to Obtain Further Appellate Review, *Commonwealth v. Juan Ruiz-Santos*, FAR No. 14555; and

5. List of Available Transcripts, attached as an appendix to this Supplemental Answer.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

Daniel I. Smulow, BBO 641668
Assistant Attorney General
Criminal Bureau
One Ashburton Place

2

Boston, Massachusetts 02108
(617) 727-2200 ext. 2949

Dated: October 12, 2005

**Certificate of Service**

I, Daniel I. Smulow, hereby certify that on October 12, 2005, I served a true copy of this document by first class mail to: Juan Ruiz-Santos, M.C.I. - Norfolk, P.O. Box 43, Norfolk, MA 02056.

*[signature]*

# APPENDIX

## LIST OF AVAILABLE TRANSCRIPTS

*Commonwealth v. Hector Rodriguez and Juan Ruiz Santos*,
Essex Superior Court No. 9673 CR 0070

|    | Date | Nature of Proceeding | Pages |
|----|------|---------------------|-------|
| 1. | July 6, 1999 | Pretrial Proceedings | 6 |
| 2. | September 28, 1999 | Transcript of Proceedings | 111 |
| 3. | September 29, 1999 | Transcript of Proceedings | 127 |