UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JUAN RUIZ-SANTOS,  )
    Petitioner,  )
)
-v-  )    CIVIL ACTION
)    NO. 05-10654-GAO
)
LUIS SPENCER,  )
    Respondent.  )

## PETITIONER'S MOTION FOR LEAVE TO FILE A MEMORANDUM, IN SUPPORT OF WRIT OF HABEAS CORPUS

NOW COMES Petitioner Juan Ruiz-Santos in the above-entitled matter, and he does hereby respectfully move this Honorable Court pursuant to Local Rule 7.1(3), for leave to file a memorandum in support of writ of habeas corpus.

The grounds for this motion are stated as follows:

1. On March 30, 2005, Petitioner file an application for writ of habeas corpus with supporting documents.

2. On June 24, 2005, Respondent filed a motion to dismiss habeas corpus petition for failure to exhaust state court remedies.

3. On July 1, 2005, Petitioner filed an opposition to Respondent's motion to dismiss habeas corpus for failure to exhaust state court remedies.

-2-

4. On September 19, 2005, the Court (D.J. O'Toole) filed a decision and Order allowing Petitioner to delete Ground Two of his application and go forward with Ground One. The Court also ordered that Respondent to file an answer to the remaining Ground.

5. On October 12, 2005, Respondent filed an answer to Petitioner's remaining Ground (Ground One).

5. Petitioner now moves this Honorable Court for leave to file a memorandum in support of Ground One of his application for writ of habeas corpus and further order a due date or time line that said memorandum is to be filed.

WHEREFORE, Petitioner prays that this Honorable Court ALLOW his Motion For Leave To File A Memorandum In Support Of Writ Of Habeas Corpus.

Respectfully submitted
by the Petitioner,

*Juan Santos*

Juan Ruiz-Santos, pro-se
P.O. Box 43
Norfolk, MA 02056

Dated: October 28 2005

-3-

## CERTIFICATE OF SERVICE

I, Juan Ruiz-Santos Petitioner hereby certifies that he has served upon the Respondent's attorney one true and accurate copy of his Motion For Leave To File A Memorandum In Support Of Writ Of Habeas Corpus on this ___ day of October, 2005, by first class mail, postage prepaid.

*Juan Santos*
Juna Ruiz-Santos, pro-se