Juan Ruiz-Santos
P.O. Box 43
Norfolk, MA 02056

United States District Court
District of Massachusetts
Sarah A. Thornton, Clerk           January 2, 2006
One Courthouse Way, Suite 2300
Boston, MA 02210


Re: RUIZ-SANTOS V. SPENCER
    CIVIL ACTION NO. 05-10654-GAO

Dear Clerk Thornton:

    I am in request for a copy of an up-to-date set of the Court's docket entries in the above-entitled case.

    Thank you for your time in this matter.

Very truly yours,

Juan Ruis Santos
Juan Ruiz-Santos


cc: file