UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUAN RUIZ-SANTOS, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 05-10654-GAO |
| LUIS SPENCER, | ) |
| Respondent. | ) |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the undersigned as counsel for the Respondent, Luis Spencer, in the matter listed above.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

 /s/ Randall E. Ravitz
Randall E. Ravitz (BBO # 643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200, ext. 2852

Dated:  June 16, 2006

2

**<u>CERTIFICATE OF SERVICE</u>**

     I hereby certify that this document filed through the Electronic Case Filing system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the date set forth below. In particular, a true copy of the above document has been served on the date set forth below by first class mail, postage prepaid, upon:

Juan Ruiz-Santos
W67132
MCI – Norfolk
P.O. Box 43
Norfolk, MA  02056

pro se

Dated: June 16, 2006                    <u>/s/ Randall E. Ravitz</u>
                                                     Randall E. Ravitz