UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JUAN RUIZ-SANTOS, )
    Petitioner, )
)
)
-v- )    CIVIL ACTION
)    NO. 05-10654-GAO
)
LUIS SPENCER, )
    Respondent. )
)

PETITIONER'S REQUEST FOR CERTIFICATE OF APPEALABILITY
PURSUANT TO 28 U.C.S. §2253(c)(2) AND LOCAL RULE 22.1(a)

    NOW COMES Petitioner Juan Ruiz-Santos in the above-entiled matter, and he does hereby respectfully request for a certificate of appealability pursuant to 28 U.S.C. §2253(c)(2) and Local Rule 22.1(a), to be issued on his 14th Amendment violation as the State Court failed to convict Petitioner upon sufficient evidence.

    Petitioner argues that the District Court (O'Toole D.J.) filed a memorandum and order on August 18, 2006, denying writ of habeas corpus. Petitioner further argues that the 14th Amendment claim to due process can be debated among reasonable jurists and that this issue is adequate enough to deserve encouragement to proceed further. See Slack v. McDaniel, 529 U.S. 473, 483-484 (2000); Bui v. DiPaolo, 170 F.3d 232, 236 (1st Cir.1999).

    Petitioner argues that the crucial question in this case is whether the evidence was sufficient to justify the inference, essential to proof of construction

possession under sate law, that Petitioner intended to exercise dominion and control over the heroin that Petitioner knew was present in the apartment. And, if so, was the State Court's decision in affirming Petitioner's appeal was an unreasonably application of Supreme Court president. In this case Petitioner relied on <u>Jackson</u> v. <u>Virginia</u>, 443 U.S. 307 (1979).

Petitioner further argues that the sufficiency of the evidence presented at his state court trial and the District Court's decision in denying Petitioner's writ of habeas corpus can be or should be resolved in a different manner or Petitioner's 14th Amendment claim is adequately enough to deserve encouragement to proceed further. §2253(c)(2).

WHEREFORE, Petitioner prays that this Honorable Court <u>GRANT</u> his Request For Certificate Of Appealability Pursuant To 28 U.S.C. §2253(c)(2) And Local Rule 22.1(a).

Respectfully submitted
by the Petitioner,

*JuanRuis Santos*
Juan Ruiz-Santos, pro-se
P.O. Box 43
Norfolk, MA 02056

Dated: August 28, 2006

-3-

## CERTIFICATE OF SERVICE

I, Juan Ruiz-Santos certifies that he has served upon the Respondent's attorney, Daniel I. Smulow, Assistant Attorney General, Attorney General's Office, One Ashburton Place, Boston, Massachusetts 02108-1598, one true and accurate copy of Petitioner's Request For Certificate Of Appealability Pursuant To 28 U.S.C. §2253(c)(2) And Local Rule 22.1(a), on this ___ day of August, 2006, by first class mail, postage prepaid.

_____
Juan Ruiz-Santos