UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-10654

Juan Ruiz-Santos

v.

Luis Spencer

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-20

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/31/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 20, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 10/25/06 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10654-GAO

Ruiz-Santos v. Spencer
Assigned to: Judge George A. O'Toole, Jr
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 04/01/2005
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Juan Ruiz-Santos**

represented by **Juan Ruiz-Santos**
W67132
MCI Norfolk
P.O. Box 43
Norfolk, MA 02056
PRO SE

V.

**Respondent**

**Luis Spencer**
*Superintendent, MCI Norfolk*

represented by **Daniel I. Smulow**
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
617-727-2200
Fax: 617-727-5755
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randall E. Ravitz**
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
617-727-2200 ext.2852
Fax: 617-727-5755
Email: randall.ravitz@ago.state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/01/2005 | 1 | MOTION for Leave to Proceed in forma pauperis by Juan Ruiz-Santos. (Jenness, Susan) (Entered: 04/04/2005) |
| 04/01/2005 | 2 | PETITION for writ of habeas corpus pursuant to 28:2254 $ 0.00, receipt |

| | | |
|---|---|---|
| | | number 0.00, filed by Juan Ruiz-Santos. (Attachments: # 1 Civil Cover Sheet)(Jenness, Susan) (Entered: 04/04/2005) |
| 04/01/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Jenness, Susan) (Entered: 04/04/2005) |
| 04/08/2005 | 3 | Judge George A. O'Toole Jr.: ORDER entered denying 1 Motion for Leave to Proceed in forma pauperis. The petitioner has failed to make a showing that he is unable to pay the $5.00 filing fee, and the Court therefore denies the application to proceed without prepayment of the filing fee. If the Court does not receive payment for the filing fee within forty-two (42) days of the date of this order, the petition will be dismissed without prejudice for failure to pay the filing fee. (McGlamery, Jeanette) (Entered: 04/08/2005) |
| 04/26/2005 | | Filing fee: $ 5., receipt number 63775 regarding Habeas Corpus (Edge, Eugenia) (Entered: 04/26/2005) |
| 06/01/2005 | 4 | Judge George A. O'Toole Jr.: ORDER entered. SERVICE ORDER re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order. ( Copy of this order mailed to petitioner)(Lyness, Paul) (Entered: 06/01/2005) |
| 06/24/2005 | 5 | MOTION to Dismiss *Mixed Habeas Petition* by Luis Spencer.(Smulow, Daniel) (Entered: 06/24/2005) |
| 06/24/2005 | 6 | MEMORANDUM in Support re 5 MOTION to Dismiss *Mixed Habeas Petition* filed by Luis Spencer. (Smulow, Daniel) (Entered: 06/24/2005) |
| 06/27/2005 | 7 | Supplemental APPENDIX re 6 Memorandum in Support of Motion by Luis Spencer.c/s (Attachments: # 1 Exhibit A)(Edge, Eugenia) (Entered: 06/30/2005) |
| 07/05/2005 | 8 | Opposition re 5 MOTION to Dismiss *Mixed Habeas Petition* filed by Juan Ruiz-Santos. c/s (Attachments: # 1 Certificate of Service)(Edge, Eugenia) (Entered: 07/06/2005) |
| 09/19/2005 | 9 | Judge George A. O'Toole Jr.: ORDER entered. ( Copy of order mailed out to petitioner)(Lyness, Paul) (Entered: 09/23/2005) |
| 10/12/2005 | 10 | RESPONSE/ANSWER to *Habeas Corpus Petition* by Luis Spencer. (Smulow, Daniel) (Entered: 10/12/2005) |
| 10/13/2005 | 11 | SUPPLEMENTAL ANSWER to 2 Petition for writ of habeas corpus (28:2254) by Luis Spencer. c/s (Edge, Eugenia) (Entered: 10/14/2005) |
| 10/28/2005 | 12 | MOTION for Leave to File a Memorandum in support of Writ of Habeas Corpus by Juan Ruiz-Santos. c/s(Edge, Eugenia) (Entered: 11/01/2005) |
| 01/04/2006 | 13 | Letter/request (non-motion) from Juan Ruiz-Santos re: request for docket sheet. (Edge, Eugenia) (Entered: 01/06/2006) |
| 01/06/2006 | | DOCKET SHEET sent to Juan Ruiz-Santos, P.O. Box 43, Norfolk, MA |

| | | |
|---|---|---|
| | | 02056. (Edge, Eugenia) (Entered: 01/06/2006) |
| 01/30/2006 | ⊙ | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 12 Motion for Leave to File ( Copy of order mailed out to petitioner) (Lyness, Paul) (Entered: 01/30/2006) |
| 01/31/2006 | ⊙ | Judge George A. O'Toole Jr.: Electronic ORDER entered. re Order on Motion for Leave to File. Petitioner was previously granted leave to file his memorandum in support of Ground One of his habeas petition. The Petitioner's memorandum shall be filed by February 20, 2006. Government's response memorandum shall be filed three weeks thereafter. ( Copy of Order mailed out to Petitioner)(Lyness, Paul) (Entered: 01/31/2006) |
| 02/03/2006 | ⊙ | Judge George A. O'Toole Jr.: Electronic ORDER entered terminating 5 Motion to Dismiss. This motion was previously decided by a court order dated 9/19/05 (dkt#9). (Lyness, Paul) (Entered: 02/03/2006) |
| 02/15/2006 | ⊙ 14 | MEMORANDUM in Support of Ground One by Juan Ruiz-Santos to 2 Petition for writ of habeas corpus (28:2254). (Attachments: # 1 attached documents)(Edge, Eugenia) (Entered: 02/16/2006) |
| 03/16/2006 | ⊙ 15 | Opposition re 2 Habeas Corpus Petition by Luis Spencer. (Smulow, Daniel) Modified on 3/22/2006 (Edge, Eugenia). (Entered: 03/16/2006) |
| 03/17/2006 | ⊙ 16 | TRANSCRIPT of Proceedings held on 9/28/99 and 9/29/99 in Salem Superior Court before Judge Burnes. Court Reporter: Mary K. Hezekiah. The original transcripts are maintained in the case file in the Clerk's Office. (Edge, Eugenia) (Entered: 03/17/2006) |
| 03/22/2006 | ⊙ | Notice of correction to docket made by Court staff. Correction: Entry #15 corrected because: Electronically filed by attorney as Memorandum of Law should have been filed as an opposition to 2 Writ of Habeas Corpus Petition (Edge, Eugenia) (Entered: 03/22/2006) |
| 06/16/2006 | ⊙ 17 | NOTICE of Appearance by Randall E. Ravitz on behalf of Luis Spencer (Ravitz, Randall) (Entered: 06/16/2006) |
| 08/18/2006 | ⊙ 18 | Judge George A. O'Toole Jr.: Electronic ORDER entered. MEMORANDUM AND ORDER. "The petitioner has failed to show that the decision of the state courts was an unreasonable application of Jackson in the circumstances of his case. For the foregoing reasons, the petition for a writ of habeas corpus lacks merit, and it is accordingly DENIED." IT IS SO ORDERED(Edge, Eugenia) Modified on 8/22/2006 (Edge, Eugenia). (Entered: 08/21/2006) |
| 08/21/2006 | ⊙ | Civil Case Terminated. (Lyness, Paul) (Entered: 08/21/2006) |
| 08/31/2006 | ⊙ 19 | Request for Certificate of Appealability by Juan Ruiz-Santos. c/s not signed.(Edge, Eugenia) Additional attachment(s) added on 9/1/2006 (Edge, Eugenia). (Entered: 09/01/2006) |
| 08/31/2006 | ⊙ 20 | NOTICE OF APPEAL as to 18 Memorandum & ORDER, by Juan Ruiz-Santos. $ 0.00 (not paid) NOTICE TO COUNSEL: A Transcript |

|  |  | Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 9/20/2006. (Edge, Eugenia) Additional attachment(s) added on 9/1/2006 (Edge, Eugenia). (Entered: 09/01/2006) |
|---|---|---|