UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10654-GAO

JUAN RUIZ-SANTOS,
Petitioner,

v.

UNITED STATES OF AMERICA,
Respondent.

ORDER
November 6, 2006

O'TOOLE, D.J.

On application by the petitioner, the Court GRANTS a certificate of appealability as to the following issue:

> Was the state court's decision affirming the petitioner's conviction of trafficking in 200 grams or more of heroin an unreasonable application of Supreme Court precedent, in particular <u>Jackson v. Virginia</u>, 443 U.S. 307 (1979)?

It is SO ORDERED.

November 6, 2006                                          /s/ George A. O'Toole, Jr.

_____                          _____
DATE                                                              DISTRICT COURT