# United States Court of Appeals
## For the First Circuit

No. 06-2517

JUAN RUIZ-SANTOS,

Petitioner, Appellant,

v.

LUIS SPENCER, SUPERINTENDENT, MCI NORFOLK,

Respondent, Appellee.

ORDER OF COURT

Entered: December 19, 2006
Pursuant to 1st Cir. R. 27.0(d)

   Appellant has moved for leave to proceed on appeal in forma pauperis. Although, on April 8, 2005, the district court denied appellant's motion to proceed in the district court in forma pauperis and required appellant to pay the initial $5.00 filing fee, there is no indication that appellant has moved in the district court for leave to proceed on appeal in forma pauperis regarding the $455 appellate fee. See Fed. R. App. P. 24(a)(1) (requiring that a party to a district court action who desires to appeal in forma pauperis must first file such a motion in the district court).

   Accordingly, we hereby transmit to the district court for a ruling theron, the appellant's motion for leave to proceed on appeal in forma pauperis, appellant's affidavit, and his prison inmate transaction report.

   We express no opinion on how the district court should rule on the motion. We note that, in the event that the motion is denied, appellant may refile his motion in the court of appeals along with the district court's statement of reasons for its action, in accordance with Fed. R. App. P. 24(a)(5).

By the Court:

Richard Cushing Donovan, Clerk.

By: _____
      Chief Deputy Clerk.

MARGARET CARTER

[Certified Copies: Judge O'Toole and Sarah Allison Thornton,
      Clerk U.S. District Court]

[cc: Juan Ruiz-Santos, Daniel Smulow, AAG, Randall Ravitz, AAG]

## Affidavit to Accompany
## Motion for Leave to Appeal in Forma Pauperis

2006 DEC 11 P 1: 22

District Court ~~CLERKS OFFICE~~ 05-cv-10654
Appeal No. ~~US COURT OF APPEALS FOR THE FIRST CIRCUIT~~ 3517

v.

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.)<br><br>Signed: X JUAN RUI SANTOS | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br>Date: December    , 2006 |

My issues on appeal are: Insufficient evidence to convict for trafficking over 200 grams or more un violation of <u>Jackson</u> v. <u>Virginia</u>, 443 U.S. 307 (1979), and the state's court's decision was an unreasonable application of <u>Jackson</u>.

*1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 75.00 | $ None | $ 75.00 | $ None |
| Self-employment | $ None | $ None | $ None | $ None |
| Income from real property (such as rental income) | $ None | $ None | $ none | $ None |
| Interest and dividends | $ None | $ None | $ None | $ None |



| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ 25.00 | $ NOne | $ None | $ none |
| Alimony | $ None | $ nOne | $ none | $ None |
| Child support | $ None | $ None | $ None | $ None |
| Retirement (such as social security, pensions, annuities, insurance | $ None | $ None | $ None | $ None |
| Disability (such as social security, insurance payments) | $ None | $ NOne | $ None | $ None |
| Unemployment payments | $ None | $ None | $ None | $ None |
| Public-assistance (such as welfare) | $ None | $ None | $ None | $ NONE |
| Other (specify): _____ | $ None | $ None | $ None | $ None |
| Total Monthly income: | $ 100.00 | $ None | $ 75.00 | $ None |

2. *List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)*

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Prison Industries, | P.O. Box 43 Norfolk, MA 02056 | | $75.00 |

3. *List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)*

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| None | None | None | None |

2

4. *How much cash do you and your spouse have?* $<u>None</u>

   Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| None | None | $ 0 | $ 0' |
| | | $ | $ |
| | | $ | $ |

**If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. *List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | (Value) | Other real estate | (Value) | Motor Vehicle #1 | (Value) |
|---|---|---|---|---|---|
| None | | None | | Make & year: None | None |
| | | | | Model: | |
| | | | | Registration#: | |

| Motor Vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Make & year: None | " " | " " | " " | " " | " " |
| Model: | | | | | |
| Registration#: | | | | | |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | " " | " " |
| | | |
| | | |

7. *State the persons who rely on you or your spouse for support.*

| Name | Relationship | Age |
|---|---|---|
| None | None | None |
| | | |
| | | |

3

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) <br> Are any real estate taxes included? ☐ Yes ☐ No <br> Is property insurance included? ☐ Yes ☐ No | $ None | $ None |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ None | $ None |
| Home maintenance (repairs and upkeep) | $ None | $ None |
| Food | $ 25.00 | $ None |
| Clothing | $ 25.00 | $ None |
| Laundry and dry-cleaning | $ None | $ None |
| Medical and dental expenses | $ 10.00 | $ None |
| Transportation (not including motor vehicle payments) | $ None | $ None |
| Recreation, entertainment, newspapers, magazines, etc. | $ None | $ None |
| Insurance (not deducted from wages or included in Mortgage payments) | $ None | $ None |
|     Homeowner's or renter's | $ None | $ None |
|     Life | $ None | $ None |
|     Health | $ None | $ None |
|     Motor Vehicle | $ None | $ None |
|     Other: None | $ None | $ None |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): None | $ None | $ None |
| Installment payments | $ None | $ None |
|     Motor Vehicle | $ None | $ None |
|     Credit card (name): None | $ None | $ None |
|     Department store (name): None | $ None | $ None |
|     Other: NOne | $ None | $ None |

4

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ None | $ None |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ None | $ None |
| Other (specify): None | $ None | $ None |
| **Total monthly expenses:** | $ None | $ None |

9. *Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?*
☐ Yes  ☒ No                    If yes, describe on an attached sheet.

10. *Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?* ☐ Yes ☒ No

If yes, how much? $ None

If yes, state the attorney's name, address, and telephone number:
   None
_____
_____
_____

11. *Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*
☐ Yes ☒ No

If yes, how much? $ _____

If yes, state the person's name, address, and telephone number:
_____
   ??
_____

12. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.* I am an indigent prisoner who only makes little money and I cannot pay the appellate fee and court costs associated with the filing of this Appeal. I receive gifts from my family on certain occasions, but I have to pay for food, clothing (if any) mailing costs for legal documents and this court, co=payments for medical/dental, sick-call slips, haircut tickets (when needed), etc.

5

13. State the address of your legal residence.
Norfolk State Prison, P.O. Box 43, Norfolk, MA 02056

Your daytime phone number: (_____) _____
Your age: _____      Your years of schooling: _____

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

JUAN RUIZ-SANTOS, )
  Appellant, )
2006 DEC 22 P 1:22 )
 )
FILED IN CLERKS OFFICE )
US COURT OF APPEALS )   APPEALS COURT
FOR THE FIRST CIRCUIT )   NO. 06-2517
 )
 )
LUIS SPENCER, )
  Respondent. )
 )

APPELLANT'S MOTION FOR LEAVE TO PROCEED IN
FORMA PAUPERIS PURSUANT TO 28 U.S.C. §1915

NOW COMES Appellant Juan Ruiz-Santos in the above-entitled matter, and he does hereby respectfully move this Honorable Court pursuant to 28 U.S.C. §1915, for leave to proceed in forma pauperis and to waive the appellate fee of $455.00 dollars and any court costs associated with the filing of this Appeal. Appellant is an indigent prisoner and he cannot afford the appellate fee or court costs.

Appellant's affidavit in support of motion for leave to proceed in forma pauperis in the Appeals Court is attached hereto.

The grounds for this motion are state therein and as follows:

1. On March 30, 2005, Appellant filed a motion for leave to proceed in forma pauperis in the district court. On April 8, 2005, the district court (O'Toole, DJ.) denied motion for leave to proceed in forma pauperis and Appellant paid a $5.00 dollar filing fee. (See enclosed).

-2-

WHEREFORE, Appellant prays that this Honorable Court ALLOW his Motion To Proceed In Forma Pauperis Pursuant To 28 U.S.C. §1915.

                                    Respectfully submitted
                                    by the Appellant,

                                    X *Juan Rui Santos*
                                    Juan Ruiz-Santos, pro-se
                                    P.O. Box 43
                                    Norfolk, MA 02056

Dated: December 11, 2006

## Orders on Motions
1:05-cv-10654-GAO Ruiz-Santos v. Spencer

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from McGlamery, Jeanette entered on 4/8/2005 at 4:07 PM EDT and filed on 4/8/2005
**Case Name:** Ruiz-Santos v. Spencer
**Case Number:** 1:05-cv-10654
**Filer:**
**Document Number:** 3

**Docket Text:**
Judge George A. O'Toole Jr.: ORDER entered denying [1] Motion for Leave to Proceed in forma pauperis. The petitioner has failed to make a showing that he is unable to pay the $5.00 filing fee, and the Court therefore denies the application to proceed without prepayment of the filing fee. If the Court does not receive payment for the filing fee within forty-two (42) days of the date of this order, the petition will be dismissed without prejudice for failure to pay the filing fee. (McGlamery, Jeanette)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP deecfStamp_ID=1029851931 [Date=4/8/2005] [FileNumber=927678-0]
[73be96c2ebe50879a1a7ad859328d4309c9d00ba920c15f40df0d1f7d0302d12af80b
7b9e26b5d3c00659ccbf646dcfdb8fbdb2c6df769f7ca264f2ee4456705]]

**1:05-cv-10654 Notice will be electronically mailed to:**

**1:05-cv-10654 Notice will not be electronically mailed to:**

Juan Ruiz-Santos
MCI Norfolk
P.O. Box 43
Norfolk, MA 02056

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JUAN RUIZ-SANTOS, )
 )
            Petitioner, )
 )
       v. ) C.A. No.05-10654-GAO
 )
LUIS SPENCER, )
 )
            Respondent. )

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

On April 1, 2005, petitioner Juan Ruiz-Santos, currently incarcerated at MCI Norfolk, filed a petition for habeas relief under 28 U.S.C. § 2254 and an application to proceed without prepayment of the $5.00 filing fee. The application indicates that on March 30, 2005, Ruiz-Santos had $10,266.95 on account to his name at MCI Norfolk, and that from September 1, 2004 through March 1, 2005, the average daily balance of his personal account at the prison was $8,616.06. The petitioner has thus failed to make a showing that he is unable to pay the $5.00 filing fee, and the Court denies the application to proceed without prepayment of the filing fee.

If the Court does not receive payment for the filing fee within forty-two (42) days of the date of this order, the petition will be dismissed without prejudice for failure to pay the filing fee.

SO ORDERED.

April 8, 2005                    /s/ George A. O'Toole, Jr.
DATE                             UNITED STATES DISTRICT JUDGE

Juan Ruiz-Santos
P.O. Box 43
Norfolk, MA 02056


United States District Court
District of Massachusetts
Clerk of Court's Office        April 15, 2005
1 Courthouse Way, Suite 2300
Boston, MA 02210


Re: RUIS-SANTOS V. SPENCER
    CIVIL ACTION NO. 05-10654-GAO


Dear Clerk of Court:


    On April 8, 2005, the Court (O'Toole, DJ.) ordered that petitioner's application to proceed without prepayment of fees be denied. The petitioner is to pay the filing fee of $5.00 dollars within (42) days of the date of the Court's order.

    Please find enclosed a check or money order for $5.00 dollars for the filing of a Petition for writ of habeas corpus.

    Thank you for your time in this matter.


                                        Very truly yours,


                                        Juan Ruiz-Santos


cc: file
encls.

Juan Ruiz-Santos
P.O. Box 43
Norfolk, MA 02056

Margaret Carter
Chief Deputy Clerk
United States Court
of Appeals For The First
Circuit
One Courthouse Way, Suite 2500
Boston, MA 02210

2006 DEC 11 P 1:22
FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

December 11, 2006

Re: RUIZ-SANTOS V. SPENCER
    APPEALS COURT NO. 06-2517

Dear Clerk Carter:

   Please find enclosed for filing on the first open court date Appellant's Motion For Leave To Proceed In Forma Pauperis Pursuant To 28 U.S.C. §1915; Affidavit in Support Of Motion, with attachments.

   Thank you for your time in this matter.

                                  Very truly yours,

                                  /s/ Juan Ruiz-Santos
                                  Juan Ruiz-Santos

cc: file
encls.

Juan Ruiz-Santos
P.O. Box 43
Norfolk, MA 02056


Margaret Carter
Chief Deputy Clerk
United States Court                    December 13, 2006
of Appeals For The First
Circuit                                
One Courthouse Way, Suite 2500
Boston, MA 02210


Re: RUIZ-SANTOS V. SPENCER
    APPEALS COURT NO. 06-2517


Dear Clerk Carter:

    Please find enclosed for filing in conjunction with Appellant's Motion For Leave To Proceed In Forma Pauperis Pursuant To 28 U.S.C. §1915, that was filed in this court on December 9, 2006, per order of the Appeals Court.

    Thank you for your time in this matter.

                                       Very truly yours,

                                       Juan Ruiz Santos
                                       Juan Ruiz-Santos


cc: file
encls.

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction Report

Date : 20061211 11:09

| Commit# | W67132 | | | | MCI NORFOLK | | | Page | |
|---|---|---|---|---|---|---|---|---|---|
| Name : | SANTOS, JUAN, R. | | | Statement From | 20060601 | | | | |
| Inst : | MCI NORFOLK | | | To | 20061211 | | | | |
| Block : | 7-2 | | | | | | | | |
| Cell/Bed : | 202 A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $13,711.33 | $4,256.82 | $1,898.04 | $18.00 |
| 20060601 22:40 | CN - Canteen | 6747568 | | NOR | -Canteen Date: 20060601 | $0.00 | $0.41 | $0.00 | $0.00 |
| 20060606 17:30 | IS - Interest | 6767459 | | NOR | | $57.48 | $0.00 | $0.00 | $0.00 |
| 20060606 17:30 | IS - Interest | 6767460 | | NOR | | $0.00 | $0.00 | $13.26 | $0.00 |
| 20060607 13:02 | PY - Payroll | 6793447 | | NOR | -20060521 To 20060527 | $10.30 | $0.00 | $0.00 | $0.00 |
| 20060607 13:02 | PY - Payroll | 6793448 | | NOR | -20060521 To 20060527 | $0.00 | $0.00 | $15.29 | $0.00 |
| 20060614 13:03 | PY - Payroll | 6831050 | | NOR | -20060528 To 20060603 | $11.72 | $0.00 | $0.00 | $0.00 |
| 20060614 13:03 | PY - Payroll | 6831051 | | NOR | -20060528 To 20060604 | $0.00 | $0.00 | $11.72 | $0.00 |
| 20060621 12:13 | PY - Payroll | 6865577 | | NOR | -20060604 To 20060610 | $11.72 | $0.00 | $0.00 | $0.00 |
| 20060606 23:15 | PY - Payroll | 6865578 | | NOR | -20060604 To 20060610 | $0.00 | $0.00 | $11.72 | $0.00 |
| 20060627 13:03 | PY - Payroll | 6897926 | | NOR | -20060611 To 20060617 | $9.38 | $0.00 | $0.00 | $0.00 |
| 20060628 17:42 | PY - Payroll | 6897923 | | NOR | -20060611 To 20060617 | $0.00 | $0.00 | $9.47 | $0.00 |
| 20060703 21:32 | PY - Payroll | 6932880 | | NOR | -20060618 To 20060624 | $11.72 | $0.00 | $0.00 | $0.00 |
| 20060705 18:11 | PY - Payroll | 6932881 | | NOR | -20060618 To 20060624 | $0.00 | $0.00 | $11.72 | $0.00 |
| 20060711 16:47 | IS - Interest | 6964911 | | NOR | | $57.22 | $0.00 | $0.00 | $0.00 |
| 20060711 16:47 | IS - Interest | 6964912 | | NOR | | $0.00 | $0.00 | $13.00 | $0.00 |
| 20060712 13:34 | PY - Payroll | 6996113 | | NOR | -20060625 To 20060701 | $3.47 | $0.00 | $0.00 | $0.00 |
| 20060712 13:34 | PY - Payroll | 6996114 | | NOR | -20060625 To 20060701 | $0.00 | $0.00 | $3.47 | $0.00 |
| 20060713 22:40 | CN - Canteen | 7001287 | | NOR | -Canteen Date: 20060713 | $0.00 | $57.15 | $0.00 | $0.00 |
| 20060719 13:02 | PY - Payroll | 7022086 | | NOR | -20060702 To 20060708 | $11.72 | $0.00 | $0.00 | $0.00 |
| 20060719 13:02 | PY - Payroll | 7022087 | | NOR | -20060702 To 20060708 | $0.00 | $0.00 | $11.72 | $0.00 |
| 20060725 09:34 | CS - Transfer from Club to Inmate A/c | 7042494 | | NOR | 7/13/06 CANTEEN REFUND -W67132 SANTOS JUAN R PERSONAL -ICE N WASH A/C OUNT - 75 | $7.75 | $0.00 | $0.00 | $0.00 |
| 20060726 13:13 | PY - Payroll | 7057562 | | NOR | -20060709 To 20060715 | $11.72 | $0.00 | $0.00 | $0.00 |
| 20060726 13:13 | PY - Payroll | 7057563 | | NOR | -20060709 To 20060715 | $0.00 | $0.00 | $11.72 | $0.00 |
| 20060727 22:40 | CN - Canteen | 7060898 | | NOR | -Canteen Date: 20060727 | $0.00 | $35.88 | $0.00 | $0.00 |
| 20060801 12:44 | IS - Interest | 7082194 | | NOR | | $63.97 | $0.00 | $0.00 | $0.00 |
| 20060801 12:44 | IS - Interest | 7082195 | | NOR | | $0.00 | $0.00 | $12.90 | $0.00 |
| 20060802 12:28 | PY - Payroll | 7107375 | | NOR | -20060716 To 20060722 | $9.38 | $0.00 | $0.00 | $0.00 |
| 20060802 12:28 | PY - Payroll | 7107379 | | NOR | -20060716 To 20060722 | $0.00 | $0.00 | $9.47 | $0.00 |
| 20060809 12:30 | PY - Payroll | 7146520 | | NOR | -20060723 To 20060729 | $11.72 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20061211 11:09

| | | | | | Page 3 |
|---|---|---|---|---|---|
| Commit# | W67132 | | | MCI NORFOLK | |
| Name | SANTOS, JUAN, R. | | Statement From | 20060603 | |
| Inst | MCI NORFOLK | | To | 20061211 | |
| Block | N2 | | | | |
| Cell/Bed | 202 /A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20060809 21:55 | PY - Payroll | 7146529 | | NOR | ~20060723 To 20060729 | $0.00 | $0.00 | $11.72 | $0.00 |
| 20060810 11:12 | IC - Transfer from Inmate to Club A/c | 7176733 | | NOR | ~6/27/06 MED CO-PAY-MEDICAL CO-PAYMENT - Z4-MEDICAL CO-PAYMENT - Z4 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20060810 11:12 | AT - Account Transfer | 7176732 | | NOR | ~FOR MED CO-PAY-W67132 SANTOS,JUAN-R- PERSONAL | $3.00 | $0.00 | $0.00 | $3.00 |
| 20060816 22:57 | PY - Payroll | 7181881 | | NOR | ~20060730 To 20060805 | $9.38 | $0.00 | $0.00 | $0.00 |
| 20060816 22:57 | PY - Payroll | 7181882 | | NOR | ~20060730 To 20060805 | $0.00 | $0.00 | $9.37 | $0.00 |
| 20060823 22:57 | PY - Payroll | 7214187 | | NOR | ~20060806 To 20060812 | $9.38 | $0.00 | $0.00 | $0.00 |
| 20060823 22:57 | PY - Payroll | 7214188 | | NOR | ~20060806 To 20060812 | $0.00 | $0.00 | $9.37 | $0.00 |
| 20060830 22:55 | PY - Payroll | 7246181 | | NOR | ~20060813 To 20060819 | $5.82 | $0.00 | $0.00 | $0.00 |
| 20060830 22:55 | PY - Payroll | 7246182 | | NOR | ~20060813 To 20060819 | $0.00 | $0.00 | $5.81 | $0.00 |
| 20060831 11:12 | IC - Transfer from Inmate to Club A/c | 7253545 | | NOR | ~JUAN SANTO-POSTAGE Z11-POSTAGE - Z11 | $0.00 | $1.11 | $0.00 | $0.00 |
| 20060831 11:12 | IC - Transfer from Inmate to Club A/c | 7253546 | | NOR | ~JUAN SANTO-POSTAGE Z11-POSTAGE - Z11 | $0.00 | $1.11 | $0.00 | $0.00 |
| 20060831 22:50 | CN - Canteen | 7256162 | | NOR | ~Canteen Date : 20060831 | $0.00 | $50.50 | $0.00 | $0.00 |
| 20060905 10:52 | IS - Interest | 7271600 | | NOR | | $63.19 | $0.00 | $0.00 | $0.00 |
| 20060905 10:52 | IS - Interest | 7271601 | | NOR | | $0.00 | $0.00 | $13.33 | $0.00 |
| 20060906 22:57 | PY - Payroll | 7298022 | | NOR | ~20060820 To 20060826 | $11.72 | $0.00 | $0.00 | $0.00 |
| 20060906 22:57 | PY - Payroll | 7298023 | | NOR | ~20060820 To 20060826 | $0.00 | $0.00 | $11.72 | $0.00 |
| 20060913 21:09 | PY - Payroll | 7334031 | | NOR | ~20060827 To 20060902 | $15.63 | $0.00 | $0.00 | $0.00 |
| 20060913 21:09 | PY - Payroll | 7334032 | | NOR | ~20060827 To 20060902 | $0.00 | $0.00 | $15.63 | $0.00 |
| 20060919 17:06 | EX - External Disbursement | 7367587 | 73181 | NOR | ~SANTA FELIZ | $0.00 | $125.00 | $0.00 | $0.00 |
| 20060920 17:06 | MA - Maintenance and Administration | 7367589 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060920 21:36 | PY - Payroll | 7369484 | | NOR | ~20060903 To 20060909 | $15.63 | $0.00 | $0.00 | $0.00 |
| 20060920 21:36 | PY - Payroll | 7369485 | | NOR | ~20060903 To 20060909 | $0.00 | $0.00 | $15.63 | $0.00 |
| 20060927 21:12 | PY - Payroll | 7402480 | | NOR | ~20060910 To 20060916 | $6.25 | $0.00 | $0.00 | $0.00 |
| 20060927 21:12 | PY - Payroll | 7402481 | | NOR | ~20060910 To 20060916 | $0.00 | $0.00 | $6.25 | $0.00 |
| 20061003 10:43 | IS - Interest | 7433241 | | NOR | | $60.47 | $0.00 | $0.00 | $0.00 |
| 20061003 10:43 | IS - Interest | 7433242 | | NOR | | $0.00 | $0.00 | $13.78 | $0.00 |
| 20061011 21:12 | PY - Payroll | 7494232 | | NOR | ~20060924 To 20060930 | $14.12 | $0.00 | $0.00 | $0.00 |
| 20061011 21:12 | PY - Payroll | 7494233 | | NOR | ~20060924 To 20060930 | $0.00 | $0.00 | $14.12 | $0.00 |
| 20061012 22:50 | CN - Canteen | 7506267 | | NOR | ~Canteen Date : 20061012 | $0.00 | $64.94 | $0.00 | $0.00 |
| 20061018 21:10 | PY - Payroll | 7530406 | | NOR | ~20061001 To 20061007 | $12.65 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20061211 11:09

| Commit# | W67132 | | | | MCI NORFOLK | | | | Page 3 |
|---|---|---|---|---|---|---|---|---|---|
| Name | SANTOS, JUAN R | | | Statement From | 20060804 | | | | |
| Inst | MCI NORFOLK | | | To | 20061211 | | | | |
| Block | N-2 | | | | | | | | |
| Cell/Bed | 202/A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20061012 11:15 | PY - Payroll | 7510123 | | NOR | ~20061001 To 20061007 | $0.00 | $0.00 | $12.62 | $0.00 |
| 20061017 16:47 | AT - Account Transfer | 7540888 | | NOR | -FOR MED CO-PAY-W67132 SANTOS JUAN R PERSONAL | $3.00 | $0.00 | $0.00 | $3.00 |
| 20061019 16:15 | IC - Transfer from Inmate to Club A/c | 7540889 | | NOR | ~N1500 MED CO-PAY-MEDICAL CO-PAYMENT - Z4-MEDICAL CO PAYMENT - Z4 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20061025 21:05 | PY - Payroll | 7564178 | | NOR | ~20061008 To 20061014 | $12.38 | $0.00 | $0.00 | $0.00 |
| 20061025 21:16 | PY - Payroll | 7564179 | | NOR | ~20061008 To 20061014 | $0.00 | $0.00 | $12.37 | $0.00 |
| 20061030 11:32 | CI - Transfer from Club to Inmate A/c | 7574628 | | NOR | ~100.200 CANTEEN REFUND~W67132 SANTOS JUAN R PERSONAL -KCN WASH ACCOUNT - Z5 | $1.95 | $0.00 | $0.00 | $0.00 |
| 20061101 21:12 | PY - Payroll | 7598742 | | NOR | ~20061015 To 20061021 | $15.63 | $0.00 | $0.00 | $0.00 |
| 20061101 21:12 | PY - Payroll | 7598743 | | NOR | ~20061015 To 20061021 | $0.00 | $0.00 | $15.62 | $0.00 |
| 20061108 21:08 | PY - Payroll | 7630796 | | NOR | ~20061022 To 20061028 | $15.63 | $0.00 | $0.00 | $0.00 |
| 20061108 21:08 | PY - Payroll | 7630797 | | NOR | ~20061022 To 20061028 | $0.00 | $0.00 | $15.62 | $0.00 |
| 20061109 17:05 | IS - Interest | 7652397 | | NOR | | $0.05 | $0.00 | $0.00 | $0.00 |
| 20061109 17:05 | IS - Interest | 7652398 | | NOR | | $0.00 | $0.00 | $13.79 | $0.00 |
| 20061115 21:08 | PY - Payroll | 7692381 | | NOR | ~20061029 To 20061104 | $12.50 | $0.00 | $0.00 | $0.00 |
| 20061115 21:09 | PY - Payroll | 7692382 | | NOR | ~20061029 To 20061104 | $0.00 | $0.00 | $12.50 | $0.00 |
| 20061120 11:02 | EX - External Disbursement | 7715060 | 74279 | NOR | -SANTA FELIZ | $0.00 | $9,000.00 | $0.00 | $0.00 |
| 20061120 11:02 | MA - Maintenance and Administration | 7715683 | | NOR | -Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20061122 21:11 | PY - Payroll | 7731081 | | NOR | ~20061105 To 20061111 | $14.00 | $0.00 | $0.00 | $0.00 |
| 20061122 21:11 | PY - Payroll | 7731082 | | NOR | ~20061105 To 20061111 | $0.00 | $0.00 | $14.00 | $0.00 |
| 20061122 22:30 | CN - Canteen | 7735359 | | NOR | -Canteen Date 20061122 | $0.00 | $69.43 | $0.00 | $0.00 |
| 20061129 21:15 | PY - Payroll | 7758919 | | NOR | ~20061112 To 20061118 | $12.50 | $0.00 | $0.00 | $0.00 |
| 20061129 21:15 | PY - Payroll | 7758920 | | NOR | ~20061112 To 20061118 | $0.00 | $0.00 | $12.50 | $0.00 |
| 20061130 11:53 | IC - Transfer from Inmate to Club A/c | 7766534 | | NOR | -Certified letter to Santa Feliz on 3/12/06 on receipt req~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.64 | $0.00 | $0.00 |
| 20061130 16:34 | IC - Transfer from Inmate to Club A/c | 7769843 | | NOR | ~10/1/06 MED CO-PAY-MEDICAL CO-PAYMENT - Z4-MEDICAL CO PAYMENT - Z4 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20061130 16:34 | AT - Account Transfer | 7769842 | | NOR | -FOR MED CO-PAY-W67132 SANTOS JUAN R PERSONAL | $3.00 | $0.00 | $0.00 | $3.00 |
| 20061201 12:50 | EX - External Disbursement | 7788263 | 74556 | NOR | -YORK PHOTO LABS | $0.00 | $6.04 | $0.00 | $0.00 |
| 20061205 07:42 | MA - Maintenance and Administration | 788265 | | NOR | -Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20061206 21:12 | PY - Payroll | 7800296 | | NOR | ~20061119 To 20061125 | $12.50 | $0.00 | $0.00 | $0.00 |
| 20061206 21:12 | PY - Payroll | 7800297 | | NOR | ~20061119 To 20061125 | $0.00 | $0.00 | $12.50 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20061211 11:09

| Commit# | W57152 | | | | | MCI NORFOLK | | | Page 4 |
|---|---|---|---|---|---|---|---|---|---|
| Name | SANTOS, JUAN, R. | | | Statement From | 20060601 | | | | |
| Inst | MCI NORFOLK | | | To | 20061211 | | | | |
| Block | 7-2 | | | | | | | | |
| Cell/Bed | 202/A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20061207 16:34 | IS - Interest | 7813926 | | NOR | | $36.83 | $0.00 | $0.00 | $0.00 |
| 20061207 16:34 | IS - Interest | 7813921 | | NOR | | $0.00 | $0.00 | $13.15 | $0.00 |
| | | | | | | $718.12 | $5,496.77 | $282.89 | $0.00 |

|  |  | Personal | Savings |
|---|---|---|---|
| | Balance as of ending date : | $675.84 | $2,258.90 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $675.84 | $2,258.90 | $0.00 | $0.00 | $0.00 | $0.00 |