UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

JUAN RUIZ-SANTOS,       )
                        )
        Appellant       )
                        )
                        )
                        )                APPEALS COURT
                        )                NO. 06-2517
                        )
                        )
LUIS SPENCER,           )
        Respondent.     )
                        )

APPELLANT'S MOTION FOR LEAVE TO PROCEED IN
FORMA PAUPERIS PURSUANT TO 28 U.S.C. §1915

   NOW COMES Appellant Juan Ruiz-Santos in the above-entitled matter, and he does hereby respectfully move this Honorable Court pursuant to 28 U.S.C. §1915, for leave to proceed in forma pauperis and to waive the appellate fee of $455.00 dollars and any court costs associated with the filing of this Appeal. Appellant is an indigent prisoner and he cannot afford the appellate fee or court costs.

   Appellant's affidavit in support of motion for leave to proceed in forma pauperis in the Appeals Court is attached hereto.

   The grounds for this motion are state therein and as follows:

1. On March 30, 2005, Appellant filed a motion for leave to proceed in forma pauperis in the district court. On April 8, 2005, the district court (O'Toole, DJ.) denied motion for leave to proceed in forma pauperis and Appellant paid a $5.00 dollar filing fee. (See enclosed).

-2-

WHEREFORE, Appellant prays that this Honorable Court ALLOW his Motion To Proceed In Forma Pauperis Pursuant To 28 U.S.C. §1915.

                                              Respectfully submitted
                                              by the Appellant,

                                              x /s/ Juan Ruiz Santos
                                              Juan Ruiz-Santos, pro-se
                                              P.O. Box 43
                                              Norfolk, MA 02056

Dated: December 11, 2006

**Orders on Motions**
1:05-cv-10654-GAO Ruiz-Santos v. Spencer

## United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from McGlamery, Jeanette entered on 4/8/2005 at 4:07 PM EDT and filed on 4/8/2005
**Case Name:** Ruiz-Santos v. Spencer
**Case Number:** 1:05-cv-10654
**Filer:**
**Document Number:** 3

**Docket Text:**
Judge George A. O'Toole Jr.: ORDER entered denying [1] Motion for Leave to Proceed in forma pauperis. The petitioner has failed to make a showing that he is unable to pay the $5.00 filing fee, and the Court therefore denies the application to proceed without prepayment of the filing fee. If the Court does not receive payment for the filing fee within forty-two (42) days of the date of this order, the petition will be dismissed without prejudice for failure to pay the filing fee. (McGlamery, Jeanette)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=4/8/2005] [FileNumber=927678-0]
[73be96c2ebe50879a1a7ad859328d4309c9d00ba920c15f40df0d1f7d0302d12af80b
7b9e26b5d3e00659ccbf646dcfdb8fbdb2c6df769f7ca264f2ee4456705]]

**1:05-cv-10654 Notice will be electronically mailed to:**

**1:05-cv-10654 Notice will not be electronically mailed to:**

Juan Ruiz-Santos
MCI Norfolk
P.O. Box 43
Norfolk, MA 02056

https://ecf.mad.circ1.dcn/cgi-bin/Dispatch.pl?102988951268095      4/8/2005