# Affidavit to Accompany
## Motion for Leave to Appeal in Forma Pauperis

2006 DEC 11 P 1: 22

District Court No. 05-cv-10654
Appeal No. _____

v.

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.)<br><br>Signed: X JUAN RUI SANTOS | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br><br>Date: December __, 2006 |

My issues on appeal are: Insufficient evidence to convict for trafficking over 200 grams or more un violation of Jackson v. Virginia, 443 U.S. 307 (1979), and the state's court's decision was an unreasonable application of Jackson.

*1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 75.00 | $ None | $ 75.00 | $ None |
| Self-employment | $ None | $ None | $ None | $ None |
| Income from real property (such as rental income) | $ None | $ None | $ none | $ None |
| Interest and dividends | $ None | $ None | $ None | $ None |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
| --- | --- | --- | --- | --- |
| | You | Spouse | You | Spouse |
| Gifts | $ 25.00 | $ NOne | $ None | $ none |
| Alimony | $ None | $ nOne | $ none | $ None |
| Child support | $ None | $ None | $ None | $ None |
| Retirement (such as social security, pensions, annuities, insurance | $ None | $ None | $ None | $ None |
| Disability (such as social security, insurance payments) | $ None | $ NOne | $ None | $ None |
| Unemployment payments | $ None | $ None | $ None | $ None |
| Public-assistance (such as welfare) | $ None | $ None | $ None | $ NONE |
| Other (specify): | $ None | $ None | $ None | $ None |
| Total Monthly income: | $ 100.00 | $ None | $ 75.00 | $ None |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
| --- | --- | --- | --- |
| Prison Industries, P.O. Box 43 Norfolk, MA 02056 | | | $75.00 |

3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
| --- | --- | --- | --- |
| None | None | None | None |

2

4. *How much cash do you and your spouse have?* $ None

   Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| None | None | $ 0 | $ 0' |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. *List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.*

| **Home** | (Value) | **Other real estate** | (Value) | **Motor Vehicle #1** | (Value) |
|---|---|---|---|---|---|
| None | | None | | Make & year: None | None |
| | | | | Model: | |
| | | | | Registration#: | |

| **Motor Vehicle #2** | (Value) | **Other assets** | (Value) | **Other assets** | (Value) |
|---|---|---|---|---|---|
| Make & year: None | " " | " " | " " | " " | " " |
| Model: | | | | | |
| Registration#: | | | | | |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | " " | " " |

7. *State the persons who rely on you or your spouse for support.*

| Name | Relationship | Age |
|---|---|---|
| None | None | None |

3

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) <br> Are any real estate taxes included? ☐ Yes ☐ No <br> Is property insurance included? ☐ Yes ☐ No | $ None | $ None |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ None | $ None |
| Home maintenance (repairs and upkeep) | $ None | $ None |
| Food | $ 25.00 | $ None |
| Clothing | $ 25.00 | $ None |
| Laundry and dry-cleaning | $ None | $ None |
| Medical and dental expenses | $ 10.00 | $ None |
| Transportation (not including motor vehicle payments) | $ None | $ None |
| Recreation, entertainment, newspapers, magazines, etc. | $ None | $ None |
| Insurance (not deducted from wages or included in Mortgage payments) | $ None | $ None |
|    Homeowner's or renter's | $ None | $ None |
|    Life | $ None | $ None |
|    Health | $ None | $ None |
|    Motor Vehicle | $ None | $ None |
|    Other: None | $ None | $ None |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): None | $ None | $ None |
| Installment payments | $ None | $ None |
|    Motor Vehicle | $ None | $ None |
|    Credit card (name): None | $ None | $ None |
|    Department store (name): None | $ None | $ None |
|    Other: None | $ None | $ None |

4

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ None | $ None |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ None | $ None |
| Other (specify): None | $ None | $ None |
| **Total monthly expenses:** | $ None | $ None |

9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?
☐ Yes ☒ No           If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form? ☐ Yes ☒ No

If yes, how much? $ None

If yes, state the attorney's name, address, and telephone number:
None
_____
_____
_____

11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
☐ Yes ☒ No

If yes, how much? $ _____

If yes, state the person's name, address, and telephone number:
_____
_____
??
_____
_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal. I am an indigent prisoner who only makes little money and I cannot pay the appellate fee and court costs associated with the filing of this Appeal. I receive gifts from my family on certain occasions, but I have to pay for food, clothing (if any) mailing costs for legal documents and this court, co=payments for medical/dental, sick-call slips, haircut tickets (when needed), etc.

5

13. State the address of your legal residence.
Norfolk State Prison, P.O. Box 43, Norfolk, MA 02056

Your daytime phone number: (_____) _____

Your age: _____    Your years of schooling: _____

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20061211 11:09

| | | | | | Page : 1 |
|---|---|---|---|---|---|
| Commit # | W67132 | | | MCI NORFOLK | |
| Name | SANTOS, JUAN R. | | Statement From | 20060601 | |
| Inst | MCI NORFOLK | | To | 20061211 | |
| Block | N-2 | | | | |
| Cell/Bed | 202-A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $13,711.31 | $4,256.84 | $1,898.04 | $18.00 |
| 20060601 22:40 | CN - Canteen | 6747568 | | NOR | -Canteen Date 20060601 | $0.00 | $69.41 | $0.00 | $0.00 |
| 20060606 17:30 | IS - Interest | 6767459 | | NOR | | $57.38 | $0.00 | $0.00 | $0.00 |
| 20060606 17:30 | IS - Interest | 6767460 | | NOR | | $0.00 | $0.00 | $11.56 | $0.00 |
| 20060607 23:12 | PY - Payroll | 6793447 | | NOR | -20060521 To 20060527 | $10.50 | $0.00 | $0.00 | $0.00 |
| 20060607 23:12 | PY - Payroll | 6793448 | | NOR | -20060521 To 20060527 | $0.00 | $0.00 | $10.50 | $0.00 |
| 20060614 23:11 | PY - Payroll | 6830050 | | NOR | -20060528 To 20060603 | $11.72 | $0.00 | $0.00 | $0.00 |
| 20060614 23:11 | PY - Payroll | 6830051 | | NOR | -20060528 To 20060603 | $0.00 | $0.00 | $11.72 | $0.00 |
| 20060621 23:15 | PY - Payroll | 6865577 | | NOR | -20060604 To 20060610 | $11.72 | $0.00 | $0.00 | $0.00 |
| 20060621 23:15 | PY - Payroll | 6865578 | | NOR | -20060604 To 20060610 | $0.00 | $0.00 | $11.72 | $0.00 |
| 20060628 23:12 | PY - Payroll | 6897920 | | NOR | -20060611 To 20060617 | $9.36 | $0.00 | $0.00 | $0.00 |
| 20060628 23:12 | PY - Payroll | 6897921 | | NOR | -20060611 To 20060617 | $0.00 | $0.00 | $9.37 | $0.00 |
| 20060705 23:11 | PY - Payroll | 6932880 | | NOR | -20060618 To 20060624 | $11.72 | $0.00 | $0.00 | $0.00 |
| 20060705 23:11 | PY - Payroll | 6932881 | | NOR | -20060618 To 20060624 | $0.00 | $0.00 | $11.72 | $0.00 |
| 20060711 16:47 | IS - Interest | 6964911 | | NOR | | $57.77 | $0.00 | $0.00 | $0.00 |
| 20060711 16:47 | IS - Interest | 6964912 | | NOR | | $0.00 | $0.00 | $11.66 | $0.00 |
| 20060712 23:14 | PY - Payroll | 6990113 | | NOR | -20060625 To 20060701 | $3.47 | $0.00 | $0.00 | $0.00 |
| 20060712 23:14 | PY - Payroll | 6990114 | | NOR | -20060625 To 20060701 | $0.00 | $0.00 | $3.47 | $0.00 |
| 20060713 22:30 | CN - Canteen | 7001287 | | NOR | -Canteen Date 20060713 | $0.00 | $87.18 | $0.00 | $0.00 |
| 20060719 23:11 | PY - Payroll | 7025080 | | NOR | -20060702 To 20060708 | $11.72 | $0.00 | $0.00 | $0.00 |
| 20060719 23:12 | PY - Payroll | 7025081 | | NOR | -20060702 To 20060708 | $0.00 | $0.00 | $11.72 | $0.00 |
| 20060725 09:54 | CT - Transfer from Club to Inmate A/c | 7046434 | | NOR | -7/13/06 CANTEEN REFUND - W67132 SANTOS JUAN R PERSONAL -RCN WASH ACCOUNT - 45 | $7.75 | $0.00 | $0.00 | $0.00 |
| 20060726 23:10 | PY - Payroll | 7057162 | | NOR | -20060709 To 20060715 | $11.72 | $0.00 | $0.00 | $0.00 |
| 20060726 23:10 | PY - Payroll | 7057163 | | NOR | -20060709 To 20060715 | $0.00 | $0.00 | $11.72 | $0.00 |
| 20060727 22:30 | CN - Canteen | 7066878 | | NOR | -Canteen Date 20060727 | $0.00 | $35.89 | $0.00 | $0.00 |
| 20060801 10:44 | IS - Interest | 7082194 | | NOR | | $61.07 | $0.00 | $0.00 | $0.00 |
| 20060801 10:44 | IS - Interest | 7082195 | | NOR | | $0.00 | $0.00 | $12.00 | $0.00 |
| 20060802 23:16 | PY - Payroll | 7110398 | | NOR | -20060716 To 20060722 | $9.38 | $0.00 | $0.00 | $0.00 |
| 20060802 23:16 | PY - Payroll | 7110399 | | NOR | -20060716 To 20060722 | $0.00 | $0.00 | $9.37 | $0.00 |
| 20060809 23:16 | PY - Payroll | 7146523 | | NOR | -20060723 To 20060729 | $11.72 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20061211 11:09

| Commit# : | W67132 | | | MCI NORFOLK | | | | Page |
|---|---|---|---|---|---|---|---|---|
| Name : | SANTOS, JUAN, R. | | | Statement From | 20060601 | | | |
| Inst : | MCI NORFOLK | | | To | 20061211 | | | |
| Block : | 7-1 | | | | | | | |
| Cell/Bed : | 202 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20060806 22:58 | PY - Payroll | 7146529 | | NOR | ~20060723 To 20060729 | $0.00 | $0.00 | $11.72 | $0.00 |
| 20060816 11:17 | IC - Transfer from Inmate to Club A/c | 7176733 | | NOR | ~6/27/06 MED CO-PAY - MEDICAL CO-PAYMENT - Z4 -MEDICAL CO-PAYMENT - Z4 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20060816 11:17 | AT - Account Transfer | 7176222 | | NOR | ~FOR MED CO-PAY -W67132 SANTOS,JUAN R. PERSONAL | $3.00 | $0.00 | $0.00 | $3.00 |
| 20060816 22:57 | PY - Payroll | 7181881 | | NOR | ~20060730 To 20060805 | $0.38 | $0.00 | $0.00 | $0.00 |
| 20060816 22:57 | PY - Payroll | 7181882 | | NOR | ~20060730 To 20060805 | $0.00 | $0.00 | $9.37 | $0.00 |
| 20060823 22:57 | PY - Payroll | 7214181 | | NOR | ~20060806 To 20060812 | $5.33 | $0.00 | $0.00 | $0.00 |
| 20060823 22:57 | PY - Payroll | 7214182 | | NOR | ~20060806 To 20060812 | $0.00 | $0.00 | $5.37 | $0.00 |
| 20060830 22:58 | PY - Payroll | 7246181 | | NOR | ~20060813 To 20060819 | $5.82 | $0.00 | $0.00 | $0.00 |
| 20060830 22:58 | PY - Payroll | 7246182 | | NOR | ~20060813 To 20060819 | $0.00 | $0.00 | $5.81 | $0.00 |
| 20060831 11:17 | IC - Transfer from Inmate to Club A/c | 7253545 | | NOR | -JUAN SANTO -POSTAGE - Z11 -POSTAGE - Z11 | $0.00 | $1.11 | $0.00 | $0.00 |
| 20060831 11:18 | IC - Transfer from Inmate to Club A/c | 7253546 | | NOR | -JUAN SANTO -POSTAGE - Z11 -POSTAGE - Z11 | $0.00 | $1.11 | $0.00 | $0.00 |
| 20060831 22:30 | CN - Canteen | 7258162 | | NOR | -Canteen Date - 20060831 | $0.00 | $50.02 | $0.00 | $0.00 |
| 20060905 10:54 | IS - Interest | 7271800 | | NOR | | $63.10 | $0.00 | $0.00 | $0.00 |
| 20060905 10:54 | IS - Interest | 7271801 | | NOR | | $0.00 | $0.00 | $13.13 | $0.00 |
| 20060906 22:57 | PY - Payroll | 7298022 | | NOR | ~20060820 To 20060826 | $11.72 | $0.00 | $0.00 | $0.00 |
| 20060906 22:57 | PY - Payroll | 7298023 | | NOR | ~20060820 To 20060826 | $0.00 | $0.00 | $11.72 | $0.00 |
| 20060913 21:08 | PY - Payroll | 7334054 | | NOR | ~20060827 To 20060902 | $15.03 | $0.00 | $0.00 | $0.00 |
| 20060913 21:08 | PY - Payroll | 7334055 | | NOR | ~20060827 To 20060902 | $0.00 | $0.00 | $15.02 | $0.00 |
| 20060920 17:06 | EX - External Disbursement | 7367587 | 73183 | NOR | -SANTA FELIZ | $0.00 | $125.00 | $0.00 | $0.00 |
| 20060920 17:06 | MA - Maintenance and Administration | 7367589 | | NOR | -Monthly Maintenance and Administrative Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060920 21:50 | PY - Payroll | 7369484 | | NOR | ~20060903 To 20060909 | $15.03 | $0.00 | $0.00 | $0.00 |
| 20060920 21:50 | PY - Payroll | 7369485 | | NOR | ~20060903 To 20060909 | $0.00 | $0.00 | $15.02 | $0.00 |
| 20060927 21:12 | PY - Payroll | 7402480 | | NOR | ~20060910 To 20060916 | $6.23 | $0.00 | $0.00 | $0.00 |
| 20060927 21:12 | PY - Payroll | 7402481 | | NOR | ~20060910 To 20060916 | $0.00 | $0.00 | $6.23 | $0.00 |
| 20061003 10:45 | IS - Interest | 7433241 | | NOR | | $69.47 | $0.00 | $0.00 | $0.00 |
| 20061003 10:45 | IS - Interest | 7433242 | | NOR | | $0.00 | $0.00 | $13.19 | $0.00 |
| 20061011 21:11 | PY - Payroll | 7494232 | | NOR | ~20060924 To 20060930 | $14.12 | $0.00 | $0.00 | $0.00 |
| 20061011 21:11 | PY - Payroll | 7494233 | | NOR | ~20060924 To 20060930 | $0.00 | $0.00 | $14.12 | $0.00 |
| 20061013 22:30 | CN - Canteen | 7508267 | | NOR | -Canteen Date - 20061012 | $0.00 | $64.93 | $0.00 | $0.00 |
| 20061018 21:10 | PY - Payroll | 7520132 | | NOR | ~20061001 To 20061007 | $5.23 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20061211 11:09

| Commit#: | W67132 | | | | | MCI NORFOLK | | | Page |
|---|---|---|---|---|---|---|---|---|---|
| Name: | SANTOS, JUAN, R. | | | Statement From | 20060000 | | | | |
| Inst: | MCI NORFOLK | | | To | 20061211 | | | | |
| Block: | 7-2 | | | | | | | | |
| Cell/Bed: | 202 /A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20061018 21:03 | PY - Payroll | 7530121 | | NOR | ~20061001 To 20061007 | $0.00 | $0.00 | $12.62 | $0.00 |
| 20061019 16:17 | AT - Account Transfer | 7540888 | | NOR | ~FOR MED CO-PAY-W67132 SANTOS,JUAN R PERSONAL | $3.00 | $0.00 | $0.00 | $3.00 |
| 20061019 16:18 | IC - Transfer from Inmate to Club A/c | 7540889 | | NOR | ~8/15/06 MED CO-PAY-MEDICAL CO-PAYMENT - Z4-MEDICAL CO-PAYMENT - Z4 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20061025 21:06 | PY - Payroll | 7564176 | | NOR | ~20061008 To 20061014 | $12.38 | $0.00 | $0.00 | $0.00 |
| 20061025 21:06 | PY - Payroll | 7564177 | | NOR | ~20061008 To 20061014 | $0.00 | $0.00 | $12.37 | $0.00 |
| 20061026 16:12 | CI - Transfer from Club to Inmate A/c | 7574628 | | NOR | ~10/17/06 CANTEEN REFUND-W67132 SANTOS,JUAN R PERSONAL ~KCN WASH ACCOUNT - 45 | $1.95 | $0.00 | $0.00 | $0.00 |
| 20061101 21:12 | PY - Payroll | 7598742 | | NOR | ~20061015 To 20061021 | $12.63 | $0.00 | $0.00 | $0.00 |
| 20061101 21:12 | PY - Payroll | 7598743 | | NOR | ~20061015 To 20061021 | $0.00 | $0.00 | $15.62 | $0.00 |
| 20061108 21:08 | PY - Payroll | 7630796 | | NOR | ~20061022 To 20061028 | $12.63 | $0.00 | $0.00 | $0.00 |
| 20061108 21:08 | PY - Payroll | 7630797 | | NOR | ~20061022 To 20061028 | $0.00 | $0.00 | $15.62 | $0.00 |
| 20061109 17:05 | IS - Interest | 7652397 | | NOR | | $0.05 | $0.00 | $0.00 | $0.00 |
| 20061109 17:05 | IS - Interest | 7652398 | | NOR | | $0.00 | $0.00 | $0.59 | $0.00 |
| 20061115 21:09 | PY - Payroll | 7692381 | | NOR | ~20061029 To 20061104 | $12.50 | $0.00 | $0.00 | $0.00 |
| 20061115 21:09 | PY - Payroll | 7692382 | | NOR | ~20061029 To 20061104 | $0.00 | $0.00 | $12.50 | $0.00 |
| 20061120 11:02 | EX - External Disbursement | 7715620 | 74379 | NOR | ~SANTA FELIZ | $0.00 | $5,000.00 | $0.00 | $0.00 |
| 20061120 11:02 | MA - Maintenance and Administration | 7715562 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20061122 17:11 | PY - Payroll | 7731081 | | NOR | ~20061105 To 20061111 | $14.00 | $0.00 | $0.00 | $0.00 |
| 20061122 17:11 | PY - Payroll | 7731082 | | NOR | ~20061105 To 20061111 | $0.00 | $0.00 | $14.00 | $0.00 |
| 20061122 22:00 | CN - Canteen | 7728559 | | NOR | ~Canteen Date: 20061122 | $0.00 | $69.15 | $0.00 | $0.00 |
| 20061129 21:15 | PY - Payroll | 7758019 | | NOR | ~20061112 To 20061118 | $12.50 | $0.00 | $0.00 | $0.00 |
| 20061129 21:15 | PY - Payroll | 7758020 | | NOR | ~20061112 To 20061118 | $0.00 | $0.00 | $12.50 | $0.00 |
| 20061130 11:05 | IC - Transfer from Inmate to Club A/c | 7762534 | | NOR | ~Certified letter to Santa Feliz on 11/15/06, ret receipt req -POSTAGE - 211-POSTAGE - 211 | $0.00 | $5.64 | $0.00 | $0.00 |
| 20061130 16:44 | IC - Transfer from Inmate to Club A/c | 7765643 | | NOR | ~9/13/06 MED CO-PAY-MEDICAL CO-PAYMENT - 45-MEDICAL CO PAYMENT - Z4 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20061130 16:44 | AT - Account Transfer | 7765842 | | NOR | ~FOR MED CO PAY-W67132 SANTOS,JUAN R PERSONAL | $3.00 | $0.00 | $0.00 | $3.00 |
| 20061205 09:13 | EX - External Disbursement | 7788203 | 74566 | NOR | ~YORK PHOTO LABS | $0.00 | $6.00 | $0.00 | $0.00 |
| 20061205 09:13 | MA - Maintenance and Administration | 7788205 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20061206 21:12 | PY - Payroll | 7800296 | | NOR | ~20061119 To 20061125 | $12.50 | $0.00 | $0.00 | $0.00 |
| 20061206 21:12 | PY - Payroll | 7800297 | | NOR | ~20061119 To 20061125 | $0.00 | $0.00 | $12.50 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20061211 11:09

| | | | | | | | | | Page 2 |
|---|---|---|---|---|---|---|---|---|---|
| Commit # | W67132 | | | | MCI NORFOLK | | | | |
| Name | SANTOS, JUAN, R | | | Statement From | 20060601 | | | | |
| Inst | MCI NORFOLK | | | To | 20061211 | | | | |
| Block | 7-2 | | | | | | | | |
| Cell/Bed | 202 A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20061207 16:34 | IS - Interest | 7813920 | | NOR | | $35.83 | $0.00 | $0.00 | $0.00 |
| 20061207 16:34 | IS - Interest | 7813921 | | NOR | | $0.00 | $0.00 | $13.48 | $0.00 |
| | | | | | | $718.12 | $9,496.77 | $337.96 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $675.84 | $2,258.90 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $675.84 | $2,258.90 | $0.00 | $0.00 | $0.00 | $0.00 |