Juan Ruiz-Santos
P.O. Box 43
Norfolk, MA 02056

Clerk of Court's Office
United States District Court
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

FILED
CLERKS OFFICE

January 25, 2007
2007 JAN 26 P 12: 33

U.S. DISTRICT COURT
DISTRICT OF MASS.

Re: RUIZ-SANTOS V. SPENCER
    CIVIL ACTION NO. 05-10654-GAO

Dear Clerk:

   I am in request for a copy of an up-to-date set of the court's docket entries in the above-entitled for appeal purposes.

   Thank you for your time in this matter.

                                         Very truly yours,

                                         *Juan Ruis Santos*

                                         Juan Ruiz-Santos

cc: file