**MAND**

# United States Court of Appeals
## For the First Circuit

No. 06-2517

JUAN RUIZ-SANTOS,

Petitioner, Appellant,

v.

LUIS SPENCER, SUPERINTENDENT, MCI NORFOLK,

Respondent, Appellee.

Before

Lynch, Circuit Judge,
Campbell and Selya, Senior Circuit Judges.

JUDGMENT

Entered: July 31, 2007

Petitioner Juan Ruiz-Santos appeals the district court's denial of his petition for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner claims that his Massachusetts state court conviction for trafficking in heroin should be set aside based on insufficient evidence. The district court found that the state decision was not an unreasonable application of clearly established federal law as determined by the Supreme Court. After carefully reviewing the parties' arguments, we affirm substantially for the reasons set out by the district court in its August 18, 2006 memorandum and order.

Affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 8/23/07

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
    Chief Deputy Clerk.

[cc: Juan Ruiz-Santos, Daniel Smulow, AAG, Randall Ravitz, AAG]